# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NICOLE HAMILTON,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN
BOARD OF REGENTS,

    Defendant.

Case No. 23-cv-12424
Hon. Nancy G. Edmunds

---

## STIPULATED ORDER OF DISMISSAL

This matter having come before the Court on the stipulation of the parties hereto, and the Court otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the above-captioned matter is hereby DISMISSED in its entirety with prejudice, and without attorney fees or costs to either party.

This is a final Order and closes the case.

**IT IS SO ORDERED.**

    s/Nancy G. Edmunds
    NANCY G. EDMUNDS
    UNITED STATES DISTRICT JUDGE

Dated:  April 17, 2024

We hereby stipulate to the entry of the above Order.

| | |
|---|---|
| SALVATORE PRESCOTT PORTER & PORTER, PLLC | DICKINSON WRIGHT PLLC |
| /s/ Annemarie Smith-Morris | /s/ Timothy H. Howlett (*with consent*) |
| Jennifer B. Salvatore (P66640) | Timothy H. Howlett |
| Jessica Lieberman (P68957) | *Attorneys for Defendant* |
| Annemarie Smith-Morris (P87221) | 500 Woodward Ave. Suite 4000 |
| *Attorneys for Plaintiff* | Detroit, MI 48226 |
| 105 East Main Street | (313) 223-3500 |
| Northville, MI 48167 | thowlett@dickinsonwright.com |
| (248) 679-8711 | |
| salvatore@spplaw.com | |
| lieberman@spplaw.com | |
| smith-morris@spplaw.com | |

Dated: April 17, 2024

Order prepared by:
Annemarie Smith-Morris (P87221)

2